IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANTHONY W. HUBBARD, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
|    v. | ) | 2:15cv947-MHT |
| | ) | (WO) |
| METRO PCS, | ) | |
| | ) | |
|    Defendant. | ) | |

OPINION

Plaintiff filed this lawsuit against the defendant complaining about an alleged Ponzi scheme and some kind of deception and seeking punitive damages, apparently related to health problems he is suffering.  This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed.  Also before the court are the plaintiff's objections.  After an independent and de novo review of the record, the court concludes that the objections should be overruled and the magistrate judge's recommendation adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of February, 2016.

                                              /s/ Myron H. Thompson
                                        **UNITED STATES DISTRICT JUDGE**